# United States District Court
## Northern District of Illinois
### Eastern Division



Pearce, et al

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 4483

Thiry, et al

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED Jury returns its verdict in favor of plaintiffs, Michael Pearce, Carole Livingstone, and Annamay Manny and against the defendants, Patrick M. Thiry, Johnny Brown, Kerry Pozulp, and City of Chicago. Plaintiff, Michael Pearce, is awarded compensatory damages in the total amount of $100,000.00. Plaintiff, Carole Livingstone, is awarded compensatory damages in the total amount of $50,000.00. Plaintiff, Annamay Manny, is awarded compensatory damages in the total amount of $50,000.00. Attorney fees are awarded for the plaintiffs. Judgment is entered on the verdict.

Thomas G. Bruton, Clerk of Court

Date: 2/13/2012

/s/ Terry Perdue, Deputy Clerk